[No. 4876–1. Division One. July 18, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LAWRENCE NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 75847, Lloyd W. Bever, J., entered July 9, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5178–1. Division One. July 18, 1977.]

*In the Matter of the Welfare of* MAURICE PHILLIPS.

Appeal from a judgment of the Superior Court for King County, No. J–74820, Herbert M. Stephens, J., entered November 9, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5179–1. Division One. July 18, 1977.]

*In the Matter of the Marriage of* FRANKLIN J. WATSON, *Respondent, and* MARIE E. WATSON, *Appellant,* RICHARD G. DARRIGAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. D–40976, Frank J. Eberharter, J., entered November 5, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Andersen, JJ.